UNITED STATES of America,
Plaintiff–Appellee

v.

Cosme Rejinaldo GONZALEZ, also
known as Luis, also known as Pan-
cho, also known as Francisco, also
known as El Gorroso, also known as
Mike Jones, Defendant–Appellant.

No. 12–41143
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 31, 2013.

Tracey M. Batson, Assistant U.S. Attor-
ney, U.S. Attorney's Office, Plano, TX, for
Plaintiff–Appellee.

Before KING, DAVIS, and ELROD,
Circuit Judges.

PER CURIAM: *

The attorney appointed to represent
Cosme Rejinaldo Gonzalez has moved for
leave to withdraw and has filed a brief in
accordance with *Anders v. California*, 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493
(1967), and *United States v. Flores*, 632
F.3d 229 (5th Cir.2011). Gonzalez has not
filed a response, but we have received his
pro se request for a stay; a stay is not
warranted in this case. We have reviewed
counsel's brief and the relevant portions of
the record reflected therein. We concur
with counsel's assessment that the appeal

presents no nonfrivolous issue for appel-
late review. Accordingly, counsel's motion
for leave to withdraw is GRANTED, coun-
sel is excused from further responsibilities
herein, and the APPEAL IS DISMISSED.
*See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.